# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Leo Thompson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00600-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Jury and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's September 13, 2018 Verdict.

September 14, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court